UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: No. 99-10407-EFH |
| Plaintiff, | ) |
| vs. | ) |
| MARGARITA MUNOZ, | ) |
| Defendant | ) |

### DEFENDANT MARGARITA MUNOZ'S
### MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Defendant Margarita Munoz moves for early termination of her probation pursuant to 18 U.S.C. § 3583(e). Ms. Munoz relies upon the accompanying memorandum.

### RULE 7.1(A)(2) CERTIFICATION

Pursuant to Local Rule 7.1(A)(2), I, Karen A. Pickett, hereby certify that I have conferred with Assistant U.S. Attorney Heidi Brieger in an attempt to resolve or narrow the issue presented in this motion and have been informed that the United States intends to oppose the motion.

Respectfully submitted,

MARGARITA MUNOZ

By her attorney,

/s/ Karen A. Pickett
Karen A. Pickett
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
kap@dcglaw.com
(617) 720-2880